# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | Case No.: 23-cv-12837 |
| *Plaintiff* | Judge: Hon. Judith E. Levy |
| | Magistrate Judge Elisabeth Stafford |
| v. | |
| SAAD WHOLESALE INC.; d/b/a SAAD HALAL MEATS, | |
| *Defendant.* | |

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>Daniel DeSouza<br>3111 N. University Drive, Suite 301<br>Coral Springs, FL  33065<br>(877) 437-6228<br>dan@copycatlegal.com | THENNISCH LAW GROUP<br>Jeffrey P. Thennisch (P51499)<br>7111 Dixie Highway #210<br>Clarkston, MI 48346<br>(810) 610-5640<br>jeff@musicrightslaw.com |
| CLARK HILL PLC<br>Charles E. Murphy (P28909)<br>Magy E. Shenouda (85576)<br>220 Park St., Suite 200<br>Birmingham, MI  48009-3477<br>(248) 988-5870<br>cmurphy@clarkhill.com | THE PERRIN LAW FIRM<br>John M. Perrin (P43352)<br>319 N. Gratiot<br>Mt. Clemens, MI  48043<br>(586) 773-9500<br>johnmperrin@yahoo.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and among the parties, through their respective undersigned counsel of record, that:

(1) This action shall be dismissed with prejudice, each party bearing its own costs, expenses, and attorneys' fees; and

(2) This Court shall retain exclusive jurisdiction over the parties for the enforcement of a separate Settlement Agreement dated October 15, 2024, which has been entered into by the parties.

Dated: November 8, 2024

| | |
|---|---|
| By: /s/Daniel DeSouza (w/consent) | By: /s/Jeffrey P. Thennisch |
| COPYCAT LEGAL PLLC | THENNISCH LAW GROUP |
| Daniel DeSouza | Jeffrey P. Thennisch (P51499) |
| 3111 N. University Drive, Suite 301 | 7111 Dixie Highway #210 |
| Coral Springs, FL  33065 | Clarkston, MI 48346 |
| (877) 437-6228 | (810) 610-5640 |
| dan@copycatlegal.com | jeff@musicrightslaw.com |
| | |
| CLARK HILL PLC | THE PERRIN LAW FIRM |
| Charles E. Murphy (P28909) | John M. Perrin (P43352) |
| Magy E. Shenouda (P85576) | 319 N. Gratiot |
| Attorneys for Plaintiff | Mt. Clemens, MI  48043 |
| 220 Park St., Suite 200 | (586) 773-9500 |
| Birmingham, MI 48009-3477 | johnmperrin@yahoo.com |
| (248) 988-5879/Fax (248) 988-2331 | |
| cmurphy@clarkhill.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Pursuant to the above stipulation of the parties, the Court finds that it is in compliance with Fed.R.Civ.P.41(a)(1)(A)(ii) and the local rules of the United States District Court for the Eastern District of Michigan. Accordingly, the Stipulated Dismissal is hereby granted, and the present action is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: November 8, 2024				s/Judith E. Levy
							JUDITH E. LEVY
							United States District Judge